DECEMBER 16, 1993

No. 93–376. KEY TRONIC CORP. *v.* UNITED STATES ET AL.; and STANTON ROAD ASSOCIATES *v.* LOHREY ENTERPRISES, INC.,

ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1023.] Writ of certiorari dismissed as to *Stanton Road Associates* v. *Lohrey Enterprises, Inc., et al.* under this Court's Rule 46.1.